

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

**COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant David Allan Edwards is an inmate acting pro se. We abated this appeal for the trial court to determine (1) whether Appellant is indigent, *see* TEX. R. APP. P. 20.1; *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008), and if so, (2) whether Appellant's appeal is frivolous, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 14.003 (West 2002).

The trial court determined that Appellant's appeal is frivolous. On March 26, 2014, we sent Appellant a copy of the supplemental clerk's record and ordered that he must file any response to the trial court's frivolousness finding by April 15, 2014.

On April 7, 2014, Appellant moved this court to extend the deadline for filing his response because jail officials were unreasonably restricting his access to his legal documents and to the law library. On April 10, 2014, Appellant filed his response to our March 26, 2014 order. Appellant's motion for extension of time to file his response is MOOT.

Appellant also moved this court to appoint appellate counsel. A court may appoint counsel for a pro se civil litigant "under exceptional circumstances." *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003) (citing *Travelers Indem. Co. of Connecticut v. Mayfield*, 923 S.W.2d 590, 594 (Tex. 1996)); *see also* TEX. GOV'T CODE ANN. § 24.016 (West 2004). Exceptional circumstances are "rare and unusual," and Appellant's motion presents no such circumstances. *See Gibson*, 102 S.W.3d at 713 (denying court-appointed counsel to an indigent inmate for his civil suit against prison personnel). Appellant's motion for court-appointed appellate counsel is DENIED.

If Appellee wishes to reply to Appellant's response, Appellee must file its written reply **on frivolousness only** by April 30, 2014.

After the court receives any timely reply, this court will determine whether Appellant's claims are frivolous. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.003(b). If this court determines the appeal is frivolous, we will dismiss the appeal. *See id.* § 14.003(a). Otherwise, the appeal will proceed.

All other appellate deadlines remain SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

Keith E. Hottle
Clerk of Court